United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 05, 2024
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PIPELINE HEALTH SYSTEM, LLC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90291 (MI)<br><br>(Jointly Administered) |
| TENET BUSINESS SERVICES CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SRC HOSPITAL INVESTMENTS II, LLC, *et al.*,<br><br>Defendants. | Adv. No. 23-03078 (lead case), *consolidated with* Adv. Nos 23-03079, 23-03080, 23-03081 and 23-03082 |

## ORDER APPROVING MOTION TO EXTEND PHASE ONE OF DISCOVERY

Upon consideration of the requests submitted to the Court in the Motion to Extend Phase One of Discovery, filed March 4, 2024, it is **ORDERED** that the August 17, 2023 Comprehensive Scheduling, Pre-Trial and Trial Order (Dkt. 84), as amended in the Orders Modifying the Scheduling Order (Dkts. 99, 114), shall be amended as follows:

1. The Court Phase One discovery deadline is now April15, 2024.

2. The April 4, 2024 Hearing is continued to **May 2, 2024 at 1:30 p.m**.

Signed: March 05, 2024

_____
Marvin Isgur
United States Bankruptcy Judge

1