# EXHIBIT 5

# Kathrynn Benson

| | |
|---|---|
| **From:** | Kathrynn Benson |
| **Sent:** | Monday, September 9, 2024 5:33 PM |
| **To:** | Morado Jr., Juan; Nylen, Sven; Loftus, Julie |
| **Cc:** | Keith Carlson; Lil G. Delcampo; Julia Smith |
| **Subject:** | [Notice of Emergency Hearing - Sept. 13, 2024] Tenet Business Services Corp. v. SRC Hospital Investments II, LLC (USBC, S.D.Tex. Case No. 23-03078) |
| **Attachments:** | RE: [Request for Records Under MIPA] Tenet Business Services Corp. v. SRC Hospital Investments II, LLC (USBC, S.D.Tex. Case No. 23-03078); 24-09-09 [Dkt. 138] Courtroom Minutes.pdf |

Counsel:

We will serve formal notice shortly, but in the interest of notifying you as soon as possible, please be aware that the Court has ordered Resilience's counsel, along with a client representative, to appear by video and audio at an emergency hearing this **Friday, September 13**, at **1:30 p.m. CT**, to explain why Resilience has not complied with Defendants' document requests.

Attached are the courtroom minutes from this afternoon's status conference; I have highlighted the portions relevant to your client. Judge Isgur's remote appearance information can be found here: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur.

Thank you.

Kathrynn F. Benson
**Carlson & Jayakumar LLP**
p:  949-222-2008
a:  2424 S.E. Bristol Street., Suite. 300 Newport Beach, CA 92660
w:  https://cjattorneys.com  e: kathrynn@cjattorneys.com



  

This email and any files transmitted with it may contain confidential information that is legally privileged and is intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, dissemination, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this email in error please notify the sender by reply email or by telephone at 949-222-2008 and destroy the original transmission and its attachments without reading or saving them in any manner.

| | |
|---|---|
| **From:** | BKECF_LiveDB@txs.uscourts.gov |
| **To:** | BK_Notices@txsb.uscourts.gov |
| **Subject:** | 23-03078 Courtroom Minutes |
| **Date:** | Monday, September 9, 2024 2:52:13 PM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

U.S. Bankruptcy Court

Southern District of Texas

Notice of Electronic Filing

The following transaction was received from AaronJackson entered on 9/9/2024 at 4:51 PM CDT and filed on 9/9/2024

| | |
|---|---|
| **Case Name:** | Tenet Business Services Corporation et al v. SRC Hospital Investments II, LLC et al |
| **Case Number:** | 23-03078 |
| **Document Number:** | 138 |

**Docket Text:**
Courtroom Minutes. Time Hearing Held: 3:58 PM - 4:13 PM. As stated on the record, status conference set for 9/13/24 at 1:30 PM regarding amended complaint. The Court ordered counsel for Resilience Healthcare Lakefront Medical Associates, LLC to appear by video and audio with a client representative. Hearing set on 12/17/24 at 1:30 PM regarding dispositive relief. **Hearing scheduled for 9/13/2024 at 01:30 PM at Houston, Courtroom 404 (MI).** (acj4)

The following document(s) are associated with this transaction:


**23-03078 Notice will be electronically mailed to:**

Kathrynn Frances Benson on behalf of Defendant River Forest Property Holdings, LLC
kathrynn@cjattorneys.com

Kathrynn Frances Benson on behalf of Defendant SRC Hospital Investments II, LLC
kathrynn@cjattorneys.com

Kathrynn Frances Benson on behalf of Defendant Weiss MOB Property Holdings, LLC
kathrynn@cjattorneys.com

Kathrynn Frances Benson on behalf of Defendant Weiss Property Holdings, LLC
kathrynn@cjattorneys.com

2