UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PIPELINE HEALTH SYSTEM, LLC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90291 (MI)<br><br>(Jointly Administered) |
| TENET BUSINESS SERVICES CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SRC HOSPITAL INVESTMENTS II, LLC, *et al.*,<br><br>Defendants. | Adv. No. 23-03078 (lead case), *consolidated with* Adv. Nos 23-03079, 23-03080, 23-03081 and 23-03082 |

## [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the request submitted to the Court at the October 15, 2024 status conference, it is **ORDERED** that the August 17, 2023 Comprehensive Scheduling, Pre-Trial and Trial Order (Dkt. 84), as amended in the Order Modifying Scheduling Order (Dkt. 99) and Order Modifying Scheduling Order (Dkt. 114), shall be amended as follows:

1. The deadline to file a motion for summary judgment is continued to **November 18, 2024**. Any responses in opposition to any motions for summary judgment must be filed by **December 9, 2024 by 5:00 p.m.** Any replies in support of motions for summary judgment must be filed by **December 16, 2024 by noon**.

2. The hearing on the parties' motions for summary judgment will be held on **December 17 at 1:30 p.m.**

3. Witness and Exhibit Lists must be filed by **January 16, 2025**.

4. Trial of this adversary proceeding will take place on **January 22, 2025 at 9:00 a.m**.

Signed: October __, 2024

                                                    _____
                                                           Marvin Isgur
                                        United States Bankruptcy Judge